UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN MAHONEY, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

MILANO MENSWEAR LLC

    Defendant.

Case No. 2:20-cv-00272-JMG
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Philadelphia, Pennsylvania
          March 11, 2020

Respectfully submitted,

By: /s/ David S. Glanzberg
David S. Glanzberg, Esq.
david.glanzberg@gtlawpc.com
123 South Broad Street, Suite 1640
Philadelphia, PA 19109
Tel: (215) 981-5400
Fax: (267) 319-1993
*Attorneys for Plaintiff*